# KLAFTER & MASON, L.L.C.
## Attorneys at Law

Manalapan Corporate Plaza
195 Route 9 South - Suite 204
Manalapan, New Jersey 07726
ph: (732) 358-2028
fax: (732) 358-2029
web: www.kmrslaw.com

June 9, 2008

**Via Electronic Mail Only**

Hon. Eric N. Vitaliano, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>   **RE:  *Dino DiPietro, et al v. Java's Brewin Development, Inc., et al*
>   *Case No. 1:08-cv-1620***

Dear Judge Vitaliano:

   This firm represents defendants in the above-referenced matter.  Kindly accept this correspondence as the parties' joint request for an adjournment of the initial case management conference scheduled in the above matter for Wednesday June 11, 2008.

   I am pleased to advise the Court that the parties have settled this matter.  Accordingly, to allow time to facilitate the execution of a formal settlement agreement and stipulation of dismissal, the parties hereby request a thirty (30) day adjournment of the pre-trial conference.

   Thank you very much for your consideration of the foregoing.

>                                 Respectfully yours,
>
>
>                                 Gary L. Mason

GLM/mrm

```
cc:   David S. Paris, Esq. (via ECF and regular mail)
      Christopher T. Gregoris (via electronic mail only)
      Dennis K. Mason (via electronic mail only)
```